UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM KATASSE, <br><br> Petitioner, <br><br> vs. <br><br> WARDEN MICHAEL F. MARTEL, <br><br> Respondent. | Case No. CV 14-08937-AB (KK) <br><br> ORDER TO SHOW CAUSE AS TO WHY PETITION SHOULD NOT BE CONSOLIDATED |

On November 20, 2014 petitioner Jim Katasse ("Petitioner") purported to file a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") herein, utilizing the approved Central District of California form for such petitions. ECF Docket ("Dkt.") No. 1. Petitioner challenges his 2012 probation revocation proceedings in connection with his underlying robbery conviction sustained in Los Angeles County Superior Court, Case No. SA063728. Id. Petitioner presents a single ground for relief, namely, that he was denied due process in connection with his probation revocation hearing Id. at 5.

While Petitioner claims not to have previously filed any habeas petitions in federal court with respect to this judgment of conviction, he, in fact, has a pending case, Katasse v. Acting Warden Neil McDowell, CV 14-06717-AB (KK). In that petition which was filed on September 30, 2014, Petitioner challenges the same

1

2012 probation revocation proceedings in connection with his underlying robbery conviction sustained in Los Angeles County Superior Court, Case No. SA063728. In the previous petition, Petitioner presents three grounds for relief: (1) "not given discovery"; (2) "no speedy trial"; and "was never given written notice of claimed violation or disclosure of evidence against me." Katasse v. Acting Warden Neil McDowell, CV 14-06717-AB (KK), Dkt. 3 at 5-6.

Because Petitioner is challenging the same probation revocation hearing, the Court finds consolidation of the actions to be appropriate. Thus, Petitioner is directed to file a response to this Order **no later than December 15, 2014**. Petitioner shall state whether he consents to the consolidation of his two petitions. If Petitioner so consents, the low-number case which was filed first, Case Number CV 14-06717-AB (KK), shall be the operative case and the Court shall provide Petitioner additional time in which to file an amended petition incorporating all grounds he intends to raise.

DATED: November 21, 2014

HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE